**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING EN BANC

Appellate case name:      Barbara  Regina  Schlein  **V.**  Anthony  Griffin

Appellate case number:    01-14-00799-CV

Trial court case number:  CV-0069481

Trial court:              County Court at Law No 2 of Galveston County

Date motion filed:        April 27, 2016

Party filing motion:      Barbara Regina Schlein

It is ordered that the motion for rehearing en banc is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn v. Keyes

☐ Acting Individually ☒ Acting for the Court

The en banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date: June 21, 2016